## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION



HOWARD J. LITTELL; ROBIN BRANDT;
GARY BRANDT; and DAVID GOLDSTEIN,

    Plaintiffs,

vs.                                        Case No.:8:99-cv-2808-T-17EAJ

UNITED STATE OF AMERICA; CASCADE
SAVINGS BANK, F.S.B.; AMERICAN BANK,
formerly known as American Federal Savings
Bank; MID CITY BANK, N.A., AMERICAN
VALLEY BANK; THE BANK OF SAN DIEGO;
DOUG LOVELAND, in his personal capacity;
FELICIA STRYSICK; and JOHN RAY,

    Defendants.
_____/

### NOTICE TO THE COURT

COMES NOW, Defendant, AMERICAN BANK, by and through its undersigned counsel and, pursuant to Rule 3.01(h) of the Local Rules of the District Court for the Middle District of Florida, files its Notice to the Court that one-hundred and eighty (180) days have elapsed since the date of the responsive filing to American Bank's Dispositive Motion For Final Summary Judgment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to the Court has been furnished via U.S. Mail to the following counsel of record:

    **Leonard Englander, Esq.,** ENGLANDER & FISCHER, P.A., 721 - First
    Avenue North, St. Petersburg, Florida, 33701, Attorney for Plaintiff,
    ROBIN BRANDT;

**T. Patton Youngblood, Jr., Esq.**, 337 South Plant Avenue, Tampa, Florida, 33606, Attorney for Plaintiffs, HOWARD LITTELL and DAVID GOLDSTEIN; and

**David Preston, Esq.**, DICKINSON & GIBBONS, P.A., P.O. Box 3979, Sarasota, Florida, 34230-3979, Attorney for Defendant, CASCADE SAVINGS BANK.

on this **10th** day of June, 2004.

**TIMON V. SULLIVAN, ESQUIRE**
Florida Bar No.: 283010
**JORGE SANTEIRO, JR., ESQUIRE**
Florida Bar No.: 0066230
**OGDEN & SULLIVAN, P.A.**
113 S. Armenia Avenue
Tampa, FL 33609
(813) 223-5111
Attorneys For American Bank

And

**STEVEN WHITE, ESQUIRE**
**STINSON MORRISON HECKER LLP**
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816
(202) 785-9100
Attorneys for American Bank