**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


HOWARD J. LITTELL and
DAVID GOLDSTEIN,
           Plaintiffs,


vs.                                              CASE NO. 8:99-CIV-2808-T-17-TBM


CASCADE SAVINGS BANK, F.S.B.
and AMERICAN BANK, etc.,
           Defendants.
_____/


## <u>ORDER</u>


This cause is before the Court on the defendant, Cascade Savings Bank, F.S.B.
(Cascade's), 5th motion in limine (Docket No. 360) and response thereto (Docket No. 376)
(the response of Robin Brandt was not considered in resolving the motion since she is no
longer a plaintiff in this case).  The defendant requests that the Court grant the motion and
prohibit testimony or reference to testimony of Angela Edwards with respect to her
understanding of the banks corporate policies and procedures with respect to brokered
deposits.

The Court has considered the motion and response and concludes that the response to
the motion is well-taken.  The issue is premature and the Court will not prejudge the matter.
If Ms. Edwards testifies, the plaintiffs will have to establish her credentials to testify from her
own knowledge of the matters being pursued.  The defendant will have the opportunity to
fight the testimony at that time.   Accordingly, it is

CASE NO. 8:99-CIV-2808-T-17-TBM

**ORDERED** that the motion in limine (Docket No. 360) be **denied** without prejudice to reassert at trial and hearsay testimony about the witness' knowledge is subject to attack if it arises.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of February, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record