UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD J. LITTELL and
DAVID GOLDSTEIN,
    Plaintiffs,

vs.                                    CASE NO. 8:99-CIV-2808-T-17-TBM

CASCADE SAVINGS BANK, F.S.B.
and AMERICAN BANK, etc.,
    Defendants.
_____/

**ORDER**

       This cause is before the Court on the defendant, Cascade Savings Bank, F.S.B. (Cascade's), 4th motion in limine (Docket No. 359) and response thereto (Docket No. 376) (the response of Robin Brandt was not considered in resolving the motion since she is no longer a plaintiff in this case).  The defendant requests that the Court grant the motion and prevent the plaintiffs from referring to Cascade as "CD crack addicts", "brokered CD whores", "liars", "dirty bankers" and/or make reference that the bank was built on brokered deposits referred by Mr. Littell.

       The Court has considered the motion and response and concludes that the motion is well taken as to the pejorative epithets referenced.  The issue of brokered deposits is one that must be considered in context of the trial at the time the testimony is being elicited not in the vacuum of a motion in limine.  Accordingly, it is

CASE NO. 8:99-CIV-2808-T-17-TBM

**ORDERED** that the motion in limine (Docket No. 358) be **granted** as explicated and the plaintiffs are prohibited from using the epithets "CD crack addicts", "brokered CD whores", "liars", and "dirty bankers"

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of February, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record