**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HOWARD J. LITTELL and
DAVID GOLDSTEIN,
    Plaintiffs,

vs.                                         CASE NO. 8:99-CIV-2808-T-17-TBM

CASCADE SAVINGS BANK, F.S.B.
and AMERICAN BANK, etc.,
    Defendants.
_____/

**<u>ORDER</u>**

       This cause is before the Court on the defendant, Cascade Savings Bank, F.S.B. (Cascade's), 3rd motion in limine (Docket No. 358) and response thereto (Docket No. 376) (the response of Robin Brandt was not considered in resolving the motion since she is no longer a plaintiff in this case). The defendant requests that the Court grant the motion and prevent the plaintiffs from referencing the character, good or bad, of plaintiffs or defendants in this case. The plaintiffs state that they generally agree with the proposed limitation but wish to have the right to present rebuttal evidence if their character is attacked by extrinsic evidence.

       The Court has considered the motion and response and concludes that the motion is well taken as set forth. The plaintiffs, at trial, may seek to rebut character evidence if it comes into evidence but the motion as framed by the defendant Cascade appropriately granted. The contingency address by the response will be considered in context of the trial at the time the testimony is being elicited not in the vacuum of a motion in limine. Accordingly, it is

CASE NO. 8:99-CIV-2808-T-17-TBM

**ORDERED** that the motion in limine (Docket No. 358) be **granted** as set forth.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of February, 2006.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record