**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HOWARD J. LITTELL and
DAVID GOLDSTEIN,
    Plaintiffs,

vs.                                        CASE NO. 8:99-CIV-2808-T-17-TBM

CASCADE SAVINGS BANK, F.S.B.
and AMERICAN BANK, etc.,
    Defendants.
_____/

**ORDER**

This cause is before the Court on the plaintiffs, Howard J. Littell and David Goldstein's, motion in limine (Docket No. 297) (also filed by Robin Brandt who is no longer a plaintiff in this case) and response thereto (Docket No. 368). The plaintiffs request that the Court exclude from admission in evidence certain items relevant to the statements made by or attributed to Federal Agents for the FDIC and/or Assistant United States Attorney Michael L. Rubinstein (the motion is unclear on this point). The subjects that the plaintiffs seek to exclude are:

    1. The feeding of mice to an iguana and throwing of football at the offices of Professional Rate Services (PSR).

    2. Backdating of office memos and shredding wind documents at PSR.

    3. Comments as to Mr. Goldstein's use of "Dave Gold" as an "alias" or different "fake" "false" name and what that means.

    4. Conversations between Cascade employee and FDIC or third party as to whether brokered deposits were considered brokered and whether other banks contributed to the prosecution of Plaintiff in underlying criminal prosecution.

CASE NO. 8:99-CIV-2808-T-17-TBM

The Court has considered the motion and response and concludes that the motion is not well take at this time. The items presented in this motion go to the operation of the plaintiffs' business and may be relevant to the issues presented in the malicious prosecution claim. The Court needs to address the testimony in context of the trial at the time the testimony is being elicited not in the vacuum of a motion in limine. The plaintiffs may raise objections to the testimony at the time of trial if appropriate and the Court will consider the issues raised at that time. Accordingly, it is

**ORDERED** that the motion in limine (Docket No. 297) be **denied** without prejudice to reassert at the time of trial.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of February, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record

2