**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

HOWARD J. LITTELL and
DAVID GOLDSTEIN,

    Plaintiffs,

vs.                                             CASE NO. 8:99-CIV-2808-T-17-TBM

CASCADE SAVINGS BANK, F.S.B.
and AMERICAN BANK, etc.,

    Defendants.
_____/

**ORDER**

    This cause is before the Court on the defendant, American Bank (American's), motions in limine (Docket No. 363) and response thereto (Docket No. 378). The motion is actually an adoption of certain motions in limine filed by the defendant, Cascade Savings Bank, F.S.B., (Cascade); specifically Cascade's motions 1, 3, 11 through 23. The Court has previously issued orders ruling on all of the motions being adopted by American. All of the previous rulings apply as well to the adopted motions of America. Accordingly, it is

    **ORDERED** that the previous rulings on Cascade's motions in limine 1, 3 and 11 through 23 (Docket No. 361) be **applied** to American's adopted motions in limine**.**

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of February, 2006.



Copies to: All parties and counsel of record